IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21cr66/TKW

JOHN E. ACKER
_____/

## GOVERNMENT'S NOTICE PURSUANT TO FED. R. CRIM. P. 12.4

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, pursuant to Fed. R. Crim. P. 12.4(a)(2), and hereby discloses to the Court the following potential organizational victims of the criminal activity alleged in the indictment (Doc. 1) to the extent it was able to be obtained through due diligence:

1. Beach Helicopters LLC
2. Clemenza's at Uptown LLC
3. Excel Investments III Inc.
4. Fountain Law Firm PA
5. The Grant Group LLC
6. Holloway & Hardy PLLC
7. Imperial Kitchens Inc.
8. Inventa Capital Group PLC
9. Jackson and Associates PC, d/b/a Todd Jackson Law PC

10. Jon Coville Roofing and Sheet Metal Company Inc.

11. LASAS Inc.

12. Providence Roofing Inc.

13. Southern Comfort of PCB LLC

14. Urban Air Destin LLC

The government will amend this notice if or when additional victims are identified.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

*//s// J. Ryan Love*
J. RYAN LOVE
Assistant U.S. Attorney
Florida Bar No. 0637920
U.S. Attorney's Office
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: ryan.love@usdoj.gov