# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                          CASE NO: 3:21cr66/TKW

**JOHN E. ACKER**
_____/

## BILL OF PARTICULARS
## RE: FORFEITURE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and, pursuant to Fed. R. Crim. P. 32.2(a), now particularly alleges that the following property is subject to criminal forfeiture on the basis of the allegations in the indictment (Doc. 1) filed in the above-captioned case:

I.     approximately $1,472.73 seized on or about September 22, 2020, from Regions Bank account number 0282367787, held in the name of Fujimo Development, LLC, and controlled by Defendant **JOHN E. ACKER**.

II.     approximately $17,614.34 seized on or about September 22, 2020, from Regions Bank account number 0296893036 held in the name of

Shipwreck Road, LLC, and controlled by Defendant **JOHN E. ACKER**.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

*//s// J. Ryan Love*
J. RYAN LOVE
Assistant U.S. Attorney
Florida Bar No. 0637920
U.S. Attorney's Office
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: ryan.love@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served via notice of electronic filing to John L. Wilkins, counsel for Defendant John E. Acker, on this 10th day of January, 2022.

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney