IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                **CASE NO. 3:21cr66/TKW**

**JOHN E. ACKER**
_____/

## GOVERNMENT'S UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby respectfully requests this Court to continue the sentencing hearing currently set in the above-captioned case, and as grounds therefore states as follows:

Following the defendant's guilty plea, his sentencing hearing was initially set for April 28, 2022. (Doc. 22.) The defendant's criminal conduct involves over $4 million of loss over the course of 7 years, and the undersigned has provided voluminous materials the United States Probation Office needs to go through in order to conduct its presentence investigation. In addition, there are over 75 identified victims who will need to be sent victim impact statements by the probation office. The probation office and the United States Attorney's Office have been working diligently to get timely notifications to and responses from identified victims. However, it is necessary for both the government and the probation office to continue the sentencing

approximately 60 days to give further time for the probation office to complete the draft presentence investigation report, including allowing more time for victims to respond, so that both parties have sufficient time to digest and address any potential issues and so that the Court has as much information as possible prior to sentencing the defendant. The defendant is currently on pretrial release, and does not object to a continuance of his sentencing hearing.

WHEREFORE, for the above reasons, the government respectfully requests the Court continue the sentencing hearing in this matter for at least 60 days at a time convenient for the Court and the parties.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

## LOCAL RULE 7.1(B) CERTIFICATE

I HEREBY CERTIFY that I have conferred with opposing counsel regarding this motion, who does not oppose the relief requested.

/s/ Alicia H. Forbes
ALICIA H. KIM
Assistant United States Attorney

## LOCAL RULE 7.1(F) CERTIFICATE

I HEREBY CERTIFY that the above memorandum complies with the word limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains 270 words, excluding those parts that are exempted by the rule.

/s/ Alicia H. Forbes
ALICIA H. FORBES
Assistant United States Attorney