IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.   CASE NO. 3:21cr66/TKW

**JOHN E. ACKER**
_____/

## GOVERNMENT'S UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby respectfully requests this Court to continue the sentencing hearing for approximately 30 days, and as grounds therefore states as follows:

The defendant's sentencing hearing is currently set for June 30, 2022, which makes the draft presentence investigation report due this week. The defendant's criminal conduct involves over $4 million of loss from over 75 victims over the course of 7 years. The probation office has been working diligently to prepare the draft presentence investigation report, but has not been able to finish it yet due to office resources, the need to compile more of the defendant's financial information, and not yet receiving additional information needed from identified victims. It is necessary for both the government and the probation office to continue the sentencing approximately 30 days to give further time for the probation office to

1

complete the draft presentence investigation report, including allowing more time for victims to respond and for the probation office to compile necessary information, so that both parties have sufficient time to digest and address any potential issues and so that the Court has as much information as possible prior to sentencing the defendant. The defendant does not object to another 30-day continuance of his sentencing hearing.

WHEREFORE, for the above reasons, the government respectfully requests the Court continue the sentencing hearing in this matter for at least 30 days at a time convenient for the Court and the parties.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

## **LOCAL RULE 7.1(B) CERTIFICATE**

I HEREBY CERTIFY that I have conferred with opposing counsel regarding this motion, who does not oppose the relief requested.

/s/ *Alicia H. Forbes*
ALICIA H. KIM
Assistant United States Attorney

## **LOCAL RULE 7.1(F) CERTIFICATE**

I HEREBY CERTIFY that the above memorandum complies with the word limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains 259 words, excluding those parts that are exempted by the rule.

/s/ *Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney