IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                 Case No.: 3:21cr66/TKW

JOHN E. ACKER
    Defendant.
_____/

## MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW, the Defendant, JOHN E. ACKER, by and through his undersigned attorney, pursuant to N.D. Fla. Loc. R. 5.5 (c) respectfully moves this Honorable Court to seal the Motion for the Appointment of Experts for the Defendant, JOHN E. ACKER for review by the Court, AND FOR CAUSE SAYS:

1. Counsel has drafted a Motion for the Appointment of Experts to evaluate the Defendant. Counsel requests this Motion be filed under seal.

2. Counsel has contacted AUSA Alicia Forbes and she has no objection to the filing of this motion.

WHEREFORE, the Defendant Mr. ACKER, respectfully requests this motion for leave be filed under seal.

        RESPECTFULLY SUBMITTED, this 13th day of July, 2022.

                              */s/ John L. Wilkins*
                              JOHN L. WILKINS

FILED USDC FLND PN
JUL 13 '22 PM2:29

FBN: 0137529
Arnold & Wilkins, P.A.
221 East Government Street
Pensacola, Florida 32501
(850) 429-9757
Jackatlaw@yahoo.com