UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 3:21cr66-TKW

JOHN E. ACKER,

    Defendant.
_____/

# ORDER GRANTING EXTENSION OF TIME AND CONTINUING SENTENCING

Upon due consideration of Defendant's unopposed motion for extension of time (Doc. 37) and unopposed motion to continue sentencing (Doc. 38), it is **ORDERED** that the motions are **GRANTED**, and

1. Defendant shall have until September 16, 2022, to file any objections to the draft presentence investigation report.

2. The sentencing hearing scheduled for August 10, 2022, is cancelled. The Clerk shall re-notice the sentencing hearing for a date in October 2022, that is agreeable to the parties.

**DONE and ORDERED** this 14th day of July, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**