IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:21cr66/TKW

JOHN E. ACKER
_____/

## GOVERNMENT'S NOTICE OF COMPLETED ADMINISTRATIVE FORFEITURE

On September 21, 2021, a forty-four count indictment was filed against Defendant John E. Acker that included a criminal forfeiture count. (Doc. 1 at 7-9.) On January 10, 2022, the government filed a forfeiture bill of particulars listing two specific assets—that is, two of the defendant's bank accounts—as being subject to criminal forfeiture in this case. (Doc. 19.) The Federal Bureau of Investigation has

completed administrative forfeiture of the assets listed in the bill of particulars, and no judicial forfeiture proceedings are necessary in the above-captioned case.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney
Northern District of Florida
Colorado Bar No. 41261
21 East Garden Street, Suite 300
Pensacola, Florida 32502-5675
Phone: (850) 444-4000
Email: alicia.forbes@usdoj.gov

## LOCAL RULE 7.1(F) CERTIFICATE

I HEREBY CERTIFY that the above memorandum complies with the word limit in N.D. Fla. Loc. R. 7.1(F) because this memorandum contains 95 words, excluding those parts that are exempted by the rule.

*/s/ Alicia H. Forbes*
ALICIA H. FORBES
Assistant United States Attorney