

**OFFICE OF
CHIEF COUNSEL**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
SMALL BUSINESS/SELF-EMPLOYED
400 WEST BAY STREET, SUITE 240
JACKSONVILLE, FLORIDA 32202
(904) 665-1990
FAX: (855) 627-6594

CC:SB:3:JAX:2:RBChilds
TL-15883-19

OCTOBER 7 2019

Stephen P. Moenning
705 NE 10th Place
Gainesville, FL 32601

  Re:  <u>Amy D. Moenning v. Commissioner of Internal Revenue</u>
     Docket No. 15883-19

Dear Mr. Moenning:

  Enclosed with this letter is a Notice of Filing of Petition and Right to Intervene. Amy D. Moenning has filed a petition with the United States Tax Court, alleging that she should be relieved of a joint tax liability for the 2013 through 2015 tax years, for which you and she filed joint federal income tax returns.

  Please be further advised that under T.C. Rule 325(b), you have the right to intervene in this matter for the purpose of challenging Ms. Moenning's entitlement to relief from joint liability. If you wish to exercise that right, please follow the instructions in the attached notice and address your notice to the United States Tax Court, 400 Second Street, NW, Washington, DC 20217. Also enclosed for your information is a copy of T.C. Rule 325.

TL-15883-19                                    2

      If you should have any questions concerning this matter, please direct them to the undersigned at the above address or telephone number.

                           Sincerely,

                     By:  _____
                         Randall B. Childs
                         Senior Attorney
                         (Jacksonville, Group 2)
                         Small Business/Self-Employed)

Enclosures
  As stated                              agb/10-07-2019

RULE 325          (7/6/12)     201

## RULE 324.   JOINDER OF ISSUE IN ACTION FOR DETERMINATION OF RELIEF FROM JOINT AND SEVERAL LIABILITY ON A JOINT RETURN

An action for determination of relief from joint and several liability on a joint return shall be deemed at issue upon the later of:

(1)   The time provided by Rule 38, or

(2)   the expiration of the period within which a notice of intervention may be filed under Rule 325(b).

## RULE 325.   NOTICE AND INTERVENTION

**(a)   Notice:**  On or before 60 days from the date of the service of the petition, the Commissioner shall serve notice of the filing of the petition on the other individual filing the joint return and shall simultaneously file with the Court a copy of the notice with an attached certificate of service. The notice shall advise the other individual of the right to intervene by filing a notice of intervention with the Court not later than 60 days after the date of service on the other individual.

**(b)   Intervention:**  If the other individual filing the joint return desires to intervene, then such individual shall file a notice of intervention with the Court not later than 60 days after service of the notice by the Commissioner of the filing of the petition, unless the Court directs otherwise. All new matters of claim or defense in a notice of intervention shall be deemed denied. As to the form and content of a notice of intervention, see Appendix I, Form 13.

## UNITED STATES TAX COURT

| | | |
|---|---|---|
| AMY D. MOENNING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Docket No. 15883-19 |
| | ) | |
| COMMISSIONER OF INTERNAL REVENUE, | ) | Filed Electronically |
| | ) | |
| Respondent. | ) | |

### NOTICE OF FILING OF PETITION AND RIGHT TO INTERVENE

Respondent, pursuant to T.C. Rule 325(a), hereby provides notice of the filing of a petition raising relief from joint and several liability on a joint return by the above-named petitioner, and right to intervene, to petitioner's spouse, Stephen P. Moenning, the other individual filing the joint return with petitioner for the years at issue, as follows:

1.  On September 3, 2019, petitioner filed a petition with the United States Tax Court challenging a notice of determination for the 2013, 2014, and 2015 tax years, and alleging that she filed a Form 8857 Innocent Spouse Request with respondent to request relief from joint and several liability on the 2010 through 2015 joint returns.

2.  Stephen P. Moenning, petitioner's spouse, filed a joint return with petitioner for the years at issue.

3.  Under T.C. Rule 325(b), Stephen P. Moenning has a right to intervene in this matter regarding petitioner's entitlement to relief from joint and several liability.  Stephen

Docket No. 15883-18          -2-

P. Moenning, may exercise that right by filing a notice of

intervention with the Tax Court no later than 60 days after

service of this notice and attaching a copy of this notice to

any notice of intervention filed with the Tax Court.

                                        MICHAEL J. DESMOND
                                        Chief Counsel
                                        Internal Revenue Service


Date: 10/2/2019                 By: _____
                                        RANDALL B. CHILDS
                                        Senior Attorney
                                        (Small Business/Self-Employed)
                                        Tax Court Bar No. CR1023
                                        Stop C, Room 240
                                        400 West Bay Street
                                        Jacksonville, Florida 32202
                                        Telephone: (904) 665-1912
                                        randall.b.childs@irscounsel.treas.gov

                                        agb/10-07-2019

OF COUNSEL:
BRUCE K. MENEELY
Division Counsel
(Small Business/Self-Employed)
ROBERT W. DILLARD
Area Counsel
(Small Business/Self-Employed: Area 3)
A. GARY BEGUN
Associate Area Counsel
(Small Business/Self-Employed)

Docket No. 15883-19

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing NOTICE OF

FILING OF PETITION AND RIGHT TO INTERVENE was served on

petitioner's spouse by mailing the same on ___OCTOBER 7 2019___

in a postage paid wrapper addressed as follows:

> Stephen P. Moenning
> 705 N.E. 10th Place
> Gainesville, FL 32601

Date: ___10/2/2019___

RANDALL B. CHILDS
Senior Attorney
(Jacksonville, Group 2)
(Small Business/Self-Employed)
Tax Court Bar No. CR1023

| DATE | DESCRIPTION (AM=spouse, SM =husband) |
|---|---|
| 1- July19,2018 | IRS Innocent spouse letter |
| 2-Sep16 2015 | SM telling AM 'we don't have funds' |
| 3-Aug3,2015 | AM telling SM visa out of $ for ymca/netflix |
| 4-Aug4,2015 | SM and AM texting about cash status/balance |
| 5-Jul30,2015 | AM opening mail telling SM no IRS letter "interesting mail" |
| 6-July 21,2015 | AM had told SM cause of all IRS not felling well- follow up want me to takeover |
| 7-July6, 2015 | AM opens IRS lein letter copies it to me |
| 8-July 6 2015 noon | AM opens Part1 IRS lein letter,photos and sends to me |
| 9-May282015 | AM signs IRS agreement |
| 10-May262015 | AM opening mail, SM telling her short on money |
| 11-May28,2015 | AM telling SM accnt balance asking for direction |
| 12-May20,2015 | AM asking SM about possible buying new car/website info |
| 13-May6,2015 | AM telling SM about future charges on account debit cards information exch |
| 14-Mar27,2015 | AM email SM about overdue FPL bill, power to b shut down |
| 15-Jan22,2015 | SM keeping AM In loop on new rentals. She wants pics |
| 16-Jan22,2015 | SM sends another pic of poss rental. Keep spouse Informed |
| 17-Jan22,2015 | SM sending more rental pics to discuss, spouse informed |
| 18-Jan22,2015 | SM sending rental pics to discuss spouse informed |
| 19-Jan28,2015 | AM active in selling furniture to raise $ to pay debt |
| 20-Jan22,2015 | SM sends more rental home pics to AM for discussion |
| 21-Jan20,2015 | AM wants me to lead on finding rentals keep her informed |
| 22-Jan20,2015 | SM doing as asked leading on finding rentals and sending to her |
| 23-Jan20,2015 | SM after work reviews email and sends to AM for review |
| 24-Jan20,2015 | SM sending more links to AM for review/thoughts |
| 25-Jan15,2015 | AM involved buyer inspectn for new buyers asking SM |
| 26-Jan12,2015 | AM signs contract to sell our home |
| 27-2014 | |
| 28-Dec7,2014 | AM excited about my new job, knows salary incr, sharing marketingpics |
| 29-Dec 7,2014 | SM keeping AM informed about home sell |
| 30-Dec 5,2014 | SM keeping AM informed about new job, new salary, etc |
| 31-Dec1,2014 | SM keeping AM informed about sell of home |
| 32-Oct24,2014 | AM gets copy of home marketing video to sell 7 figure home |
| 33-Sep24,2014 | AM sends to me copy piano pics to sell it and raise $ for family debt |
| 34-Sep17,2014 | AM takes piano pics and sends to me in prep to sell piano for debt relief |
| 35-Sep17,2014 | AM taking series planopics to me to forward to buyer as we discussed |
| 36-Aug13,2014 | AM aware of check balance telling me she wrote checks |
| 37-Aug11,2014 | AM cking insurance card noting new deductible from office-depthknowledge |
| 38-Jul31,2014 | AM sending AM copy of updated $20000tuition bill for kids |
| 39-Jun26,2014 | AM into $detail on saving$ from cable box return refund. To help w debt/exp |
| 40-May5,2014 | SM asking AM to help in my office to assist in $$. She does not want to work |
| 41-Jun10,2014 | AM very involved in education budget 80,000/yr for college 2 girls. She directed |
| 42-Apr7,2014 | AM open IRS mail,copies,sends to me. SHE PERSONALLY MEETS W IRS AGENT |
| 43-Mar9,2014 | AM understands family budget signs up kids and her for vac to orlano. Sm worked |
| 44-Feb26,2014 | AM understands family debt does car review to recommend to me |
| 45-Feb20,2014 | SM cx $6000kids camp, AM finds out and tells me to send $$ASAP |
| 46-2013 | |
| 47-Dec5,2013 | SM keeping AM informed on expenses |
| 48-Oct1,2013 | SM keeping AM informed on college tuition re Emily family budget |
| 49-Aug6,2013 | SM keeping AM informed on $20,902 tuition for Anne AM aware of debt status |
| 50-Mar1,2013 | AM copying2013 IRS contents getting photo's sending to SM |
| 51-Mar1,2013 | AM copying IRS check, mailing to IRS and sending to SM |
| 52-Mar1,2013 | AM sending SM copy of tracking # numbr and mailing to IRS |
| 53-2012 | |
| 54-Oct10,2012 | SM informing AM 2011 tax returns arrived at home. Pattern of informing wife |

### SUMMARY

The above emails and pieces of evidence  demonstrates a pattern of sharing financial
    information between husband and wife for years
A pattern where the wife is an active participant in paying bills, opening bills, communicating financial status to husband
Wife has participated in communication both personal and responsible for mailing bills, and informing husband of IRS demands
    she has even met with the IRS agent.
Husband demonstrates email evidence that he made effort to inform and involve wife for years
Husband share email information to inform wife(who is a major participant) of major financial events like choosing
    realestate broker, new job, new home to rent, decision to sell house, decision to assist with
    selling major assets (like piano 12500$) funding of children summer camp ($6000) and
    funding of college tuition ($20,500/semester). All reference above and available for review.
Evidence wife elected to consistantly deferred both major and minor financial decisions to husband on her own volicition as
    demonstrated by her lack of initiative for even minor financial situations. Supported by above evidence that shows he cc'd
    her on an extensive number of transactions.Line 7 above demo's wife recovering from migranes and wants me to takeover

Stephen P Moerning 313566421
705 NE 10th Place
Gainesville FL 32601

Stephen F. Moerning 31356[?]42[?]
5570 Six Mile Commercial Ct Apt 102
Ft Myers FL 33912
239-314-408[?]
smoerning@[icloud?].com

| DATE | DESCRIPTION (AM=spouse, SM =husband) |
|---|---|
| 1- July19,2018 | IRS innocent spouse letter |
| 2-Sep16 2015 | SM telling AM 'we don't have funds' |
| 3-Aug3,2015 | AM telling SM visa out of $ for ymca/netflix |
| 4-Aug4,2015 | SM and AM texting about cash status/balance |
| 5-Jul30,2015 | AM opening mail telling SM no IRS letter "interesting mail" |
| 6-July 21,2015 | AM had told SM cause of all IRS not felling well- follow up want me to takeover |
| 7-July6, 2015 | AM opens IRS lein letter copies it to me |
| 8-July 6 2015 noon | AM opens Part1 IRS lein letter,photos and sends to me |
| 9-May282015 | AM signs IRS agreement |
| 10-May262015 | AM opening mail, SM telling her short on money |
| 11-May28,2015 | AM telling SM accnt balance asking for direction |
| 12-May20,2015 | AM asking SM about possible buying new car/website info |
| 13-May6,2015 | AM telling SM about future charges on account debit cards information exch |
| 14-Mar27,2015 | AM email SM about overdue FPL bill, power to b shut down |
| 15-Jan22,2015 | SM keeping AM in loop on new rentals. She wants pics |
| 16-Jan22,2015 | SM sends another pic of poss rental. Keep spouse informed |
| 17-Jan22,2015 | SM sending more rental pics to discuss, spouse informed |
| 18-Jan22,2015 | SM sending rental pics to discuss spouse informed |
| 19-Jan28,2015 | AM active in selling furniture to raise $ to pay debt |
| 20-Jan22,2015 | SM sends more rental home pics to AM for discussion |
| 21-Jan20,2015 | AM wants me to lead on finding rentals keep her informed |
| 22-Jan20,2015 | SM doing as asked leading on finding rentals and sending to her |
| 23-Jan20,2015 | SM after work reviews email and sends to AM for review |
| 24-Jan20,2015 | SM sending more links to AM for review/thoughts |
| 25-Jan15,2015 | AM involved buyer inspectn for new buyers asking SM |
| 26-Jan12,2015 | AM signs contract to sell our home |
| 27-2014 | |
| 28-Dec7,2014 | AM excited about my new job, knows salary incr, sharing marketingpics |
| 29-Dec 7,2014 | SM keeping AM informed about home sell |
| 30-Dec 5,2014 | SM keeping AM informed about new job, new salary, etc |
| 31-Dec1,2014 | SM keeping AM informed about sell of home |
| 32-Oct24,2014 | AM gets copy of home marketing video to sell 7 figure home |
| 33-Sep24,2014 | AM sends to me copy piano pics to sell it and raise $ for family debt |
| 34-Sep17,2014 | AM takes piano pics and sends to me in prep to sell piano for debt relief |
| 35-Sep17,2014 | AM taking series pianopics to me to forward to buyer as we discussed |
| 36-Aug13,2014 | AM aware of check balance telling me she wrote checks |
| 37-Aug11,2014 | AM ckng insurance card noting new deductible from office-depthknowledge |
| 38-Jul31,2014 | SM sending AM copy of updated $20000tuition bill for kids |
| 39-Jun26,2014 | AM into $detail on saving$ from cable box return refund. To help w debt/exp |
| 40-May5,2014 | SM asking AM to help in my office to assist in $$. She does not want to work |
| 41-Jun10,2014 | AM very involved in education budget 80,000/yr for college 2 girls. She directed |
| 42-Apr7,2014 | AM open IRS mail,copies,sends to me. SHE PERSONALLY MEETS W IRS AGENT |
| 43-Mar9,2014 | AM understands family budget signs up kids and her for vac to orlano. Sm worked |
| 44-Feb26,2014 | AM understands family debt does car review to recommend to me |
| 45-Feb20,2014 | SM cx $6000kids camp, AM finds out and tells me to send $$ASAP |
| 46-2013 | |
| 47-Dec5,2013 | SM keeping AM informed on expenses |
| 48-Oct1,2013 | SM keeping AM informed on college tuition re Emily family budget |
| 49-Aug6,2013 | Sm keeping AM informed on $20,902 tuition for Anne AM aware of debt status |
| 50-Mar1,2013 | AM copying2013 IRS contents getting photo's sending to SM |
| 51-Mar1,2013 | AM copying IRS check, mailing to IRS and sending to SM |
| 52-Mar1,2013 | AM sending SM copy of tracking # numbr and mailing to IRS |
| ~~53-2012~~ | |
| 53-Oct10,2012 | SM informing AM 2011 tax returns arrived at home. Pattern of informing wife |

SUMMARY
The above emails and pieces of evidence  demonstrates a pattern of sharing financial
    information between husband and wife for years
A pattern where the wife is an active participant in paying bills, opening bills, communicating financial status to husband
Wife has participated in communication both personal and responsible for mailing bills, and informing husband of IRS demands
    she has even met with the IRS agent.
Husband demonstrates email evidence that he made effort to inform and involve wife for years
Husband share email information to inform wife(who is a major participant) of major financial events like choosing
    realestate broker, new job, new home to rent, decision to sell house, decision to assist with
    selling major assets (like piano 12500$) funding of children summer camp ($6000) and
    funding of college tuition ($20,500/semester). All reference above and available for review.
Evidence wife elected to consistantly deferred both major and minor financial decisions to husband on her own volicition as
    demonstrated by her lack of initiative for even minor financial situations. Supported by above evidence that shows he cc'd
    her on an extensive number of transactions.Line 7 above demo's wife recovering from migranes and wants me to takeover

Stephen P Moenning 313566421
705 NE 10th Place
Gainesville FL 32601

**IRS** Department of the Treasury
Internal Revenue Service

P.O. Box 120053, Stop 840F
Covington  KY  41012

In reply refer to:  0297825590
July 19, 2018  LTR 3284C    0
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  201312 30        0
                    00018780
BODC: SB

STEPHEN MOENNING MD
PO BOX 754
BOCA GRANDE  FL  33921

!108

Social security number:  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

Form:  8857
Tax Years:  2013  2014
            2015

Contact Person:  Ms. Wong
Employee identification number:  1000197773
Contact telephone number:  855-851-2009

Dear Taxpayer:

We received a Form 8857, Request for Innocent Spouse Relief, from the
person with whom you filed the joint return for the years above. This
is a request for relief from a debt on a joint income tax return. You
have the right to participate by giving us additional information.

If you don't respond, we'll use the information available to make a
decision. If we grant relief to the person with whom you filed a
joint return, you alone could be responsible for the amount owed. In
addition, the amount you owe could increase if we refund amounts
previously paid by the person who was your spouse.

Please fill out Form 12508, Questionnaire for Non-Requesting Spouse.
Your response must be postmarked or faxed no later than 30 days from
the date of this letter.

You can fax your form to us at 855-233-8558 or mail it to the address
at the top of the first page of this letter. We'll notify you by
letter after we make a decision. If the person with whom you filed the
joint return meets the requirements for full or partial relief, you'll
have the opportunity to appeal that decision.

The Taxpayer Advocate Service (TAS) is an independent organization
within the IRS that can help protect your taxpayer rights. TAS can
offer help if your tax problem is causing a hardship, or you've tried
but haven't been able to resolve your problem with the IRS. If you
qualify for TAS assistance, which is always free, TAS will do
everything possible to help you. Visit www.taxpayeradvocate.irs.gov or
call 877-777-4778.

```
                                              0297825590
                          July 19, 2018   LTR 3284C    0
                          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  201312 30         0
                                              00018781
```

STEPHEN MOENNING MD
PO BOX 754
BOCA GRANDE   FL   33921


If you want to authorize a third party to represent you, complete Form
2848, Power of Attorney and Declaration of Representative. If you want
to give us permission to release your confidential tax information to
a third party, complete Form 8821, Tax Information Authorization.

Review Publication 971, Innocent Spouse Relief, for more information
about filing an innocent spouse claim.

You can get any form or publication mentioned in this letter by
visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).

If you have questions, you can call the person listed at the top of
this letter between 7:30 a.m. and 3:30 p.m. ET.

If you prefer, you can write to the address at the top of the first
page of this letter.

When you write, include a copy of this letter, and provide your
telephone number and the hours we can reach you in the spaces below.

Telephone number ( )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.


A copy of this letter and any referenced enclosures have been
forwarded to your authorized representative(s).

                              Sincerely yours,



                              Anthony Woodson, Senior Manager
                              Innocent Spouse Operation

**From:** **steve moenning** smoenning@icloud.com
**Subject:** Re: Good morning!
**Date:** September 16, 2015 at 9:46 AM
**To:** Amy Moenning amydmoenning@gmail.com

we dont hAve funds now. gotta pAy for auzzie. ? your dad

Sent from my iPhone
Steve Moenning

On Sep 16, 2015, at 9:36 AM, Amy Moenning <amydmoenning@gmail.com> wrote:

MR & I are at the dentist with Dad. He's getting his new uppers & lowers! Hopefully, they'll fit with minor adjustments.

MR will be going down to the lake today for a long-weekend with some girlfriends before the weather turns cold & the boat/sea-doos have to be put up for the winter.

I'm needing to go to Publix---there aren't any up here. Suggestions?

Hope all is well!

Love you!

Amy :)

From: **steve moenning** smoenning@icloud.com
Subject: Re: Paying for Netflix
Date: August 3, 2015 at 2:28 PM
To: Amy Moenning amydmoenning@gmail.com

if u wAnt to pay 10-12 for netflix go do it. how much cash do u have?

Sent from my iPhone
Steve Moenning

> On Aug 3, 2015, at 11:19 AM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> My visa is what is listed on account. We'd need to put in another card #
> Same as with our YMCA membership---I'm going to need to input another#
>
> Here's another option for Netflix:
>
> <FullSizeRender.jpg>
>
>
> Sent from my iPad

From: **steve moenning** smoenning@icloud.com
Subject: Re: Netflix
Date: August 3, 2015 at 2:50 PM
To: Amy Moenning amydmoenning@gmail.com

may be u can pay cash at cvs etc

Sent from my iPhone
Steve Moenning

On Aug 3, 2015, at 3:07 PM, Amy Moenning <amydmoenning@gmail.com> wrote:

It's $12.97/month... I just need a card # to put it on.

<FullSizeRender.jpg>

Sent from my iPad

From: **steve moenning** smoenning@icloud.com
Subject: Re: No interesting mail today
Date: July 30, 2015 at 1:06 PM
To: Amy Moenning amydmoenning@gmail.com

good. 😁

**Sent from my iPhone**
**Steve Moenning**

> On Jul 30, 2015, at 12:38 PM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> FYI
>
> Amy :)

From: **steve moenning** smoenning@icloud.com
Subject: Re: Feeling a little better :)
Date: July 21, 2015 at 1:33 PM
To: Amy Moenning amydmoenning@gmail.com



Great I'm on my way home I'll see you in a few minutes

Sent from my iPhone
Steve Moenning

> On Jul 21, 2015, at 1:22 PM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> Sitting outside in the shade with Auzzie...there's a nice breeze. Helping me to feel a little better.
>
> <FullSizeRender.jpg>
>
>
> <IMG_2557.JPG>
>
>
> Xox,
> Amy

From: **steve moenning** smoenning@icloud.com 
Subject: **Fwd: IRS (2nd of 2 emails, smaller resolution)**
Date: July 6, 2015 at 12:04 PM
To: Sam samgalloway@cpabizzness.com

Sent from my iPhone
Steve Moenning

Begin forwarded message:

**From:** Amy Moenning <amydmoenning@gmail.com>
**Date:** July 6, 2015 at 11:59:51 AM EDT
**To:** MOENNING STEPHEN <smoenning@mac.com>
**Subject: IRS (2nd of 2 emails, smaller resolution)**

**Lien**
This Notice of Federal Tax Lien gives public notice that the government has a lien on all your property (such as your house or car), all your rights to property (such as money owed to you) and to property you acquire after this lien is filed.

**Your Administrative Appeal Rights**
If you believe the IRS filed this Notice of Federal Tax Lien in error, you may appeal if any of the following conditions apply:

● You had paid all tax, penalty and interest before the lien was filed;

● IRS assessed tax after the date you filed a petition for bankruptcy;

● IRS mailed your notice of deficiency to the wrong address;

You have already filed a timely petition with the Tax Court;

The statute of limitations for collection ended before IRS filed the notice of lien.

**Your appeal request must be in writing and contain the following:**

● Your name, current address and SSN/EIN;

● Copy of this notice of lien, if available;

● The specific reason(s) why you think the IRS is in error;

● Proof that you paid the amount due (such as cancelled check);

● Proof that you filed a bankruptcy petition before this lien was filed.

Send your written request to the IRS, Attention: Technical Services Group Manager, in the office where this notice of lien was filed.

**When This Lien Can Be Released**

The IRS will issue a Certificate of Release of Federal Tax Lien within 30 days after:

● You pay the tax due, including penalties, interest, and any other additions under law, or IRS adjusts the amount due, or;

● The end of the time period during which we can collect the tax (usually 10 years).

Publication 1450, Request for Release of Federal Tax Lien, available at IRS offices, describes this process.

**Gravamen**
Este Aviso de Gravamen del Impuesto Federal da aviso público que el gobierno tiene un gravamen en todas sus propiedades (tal como su casa o carro), todos sus derechos a propiedad (tales como el dinero que le adeudan a usted) y la propiedad que adquiera después que se presentó este gravamen.

**Sus Derechos de Apelación Administrativos**
Si usted cree que el IRS presentó éste Aviso de Gravamen del Impuesto Federal por error, usted puede apelar si cualquiera de las siguientes condiciones se aplican:

● Usted pagó todo el impuesto, multa, interés antes de que el gravamen fuera presentado;

● El IRS tasó el impuesto después del la fecha en que usted presentó una petición de quiebra;

● El IRS le envió por correo el aviso de deficiencia a una dirección incorrecta;

● Usted presentó a tiempo una petición ante la Corte de Impuesto;

● El IRS no presentó el aviso de gravamen dentro del término prescriptivo.

**Su petición de apelación tiene que estar por escrito y debe incluir lo siguiente:**

● Su nombre, dirección actual y SSN/EIN;

● Una copia de este aviso de gravamen, si está disponible;

● La razón (o razones) específica(s) por qué piensa que el IRS está erróneo;

● Prueba que pagó la cantidad adeudada (tal como un cheque cancelado);

● Prueba que presentó una petición de quiebra antes de que se presentara el gravamen.

Envíe su petición por escrito al IRS, Atención: "Technical Services Group Manager" (Grupo de Gerente-Servicios Técnicos) en la oficina dónde este aviso de gravamen fue presentado.

**Cuándo Este Gravamen Se Puede Cancelar**
El IRS emitirá un Certificado de Cancelación de Gravamen del Impuesto Federal dentro de 30 días después que:

● Usted paga el impuesto adeudado, incluyendo multas, intereses, y otras sumas adicionales según la ley, o el IRS ajusta la cantidad adeudada, o;

● Aceptemos una fianza garantizando el pago de su deuda;

● La expiración del término en que podemos cobrar el impuesto (usualmente 10 años).

La Publicación 1450, en inglés, "Petición Para Cancelar el Gravamen del Impuesto Federal", describe este proceso y está disponible en las oficinas del IRS.



Letter 3172 (DO) (rev. (12-2014)
Catalog No. 26767



Form **12153**
(Rev. 12-2013)

## Request for a Collection Due Process or Equivalent Hearing

Use this form to request a Collection Due Process (CDP) or equivalent hearing with the IRS
Appeals if you have been issued one of the following lien or levy notices:
- Notice of Federal Tax Lien Fili-
- Notice

## Collection Appeal Rights

You may appeal many IRS collection actions to the IRS Office of Appeals (Appeals). Appeals is separate from and independent
IRS Collection office that initiated the collection action. Appeals ensures and protects its independence
of prohibiting certain ex parte communications with the IRS Collection office or other IRS
strengths or weaknesses of your case. Revenue Procedure 2012
parte communication and is available at www.irs.

The two main proce
...

**IRS**

## Instructions on How to Request a
## Certificate of Release of Federal Tax Lien

Section 6325(a) of the Internal Revenue Code directs us to release a Federal Tax Lien after a liability becomes
fully paid or legally unenforceable. We also must release a lien when we accept a bond
If we have not released the lie-

after a liability becomes
ent of the tax.
fax Lien.

ederal Tax
e page 2 for

## The **IRS** Collection Process
Publication 594

description of the IRS collection process.
that the IRS can take to collect.
collection process, after

d certificate,

ost provide
ome clinic
Clinic Lis
IRS.go



From: **steve moenning** smoenning@icloud.com 📎
Subject: Fwd: IRS (1st of 2, smaller resolution)
Date: July 6, 2015 at 12:03 PM
To: Sam samgalloway@cpabizzness.com

Sent from my iPhone
Steve Moenning

Begin forwarded message:

From: Amy Moenning <amydmoenning@gmail.com>
Date: July 6, 2015 at 12:00:29 PM EDT
To: MOENNING STEPHEN <smoenning@mac.com>
Subject: **IRS (1st of 2, smaller resolution)**



**IRS** Department of the Treasury
Internal Revenue Service
CCP-LU ACS CORRESPONDENCE
P.O. BOX 145566, STOP 813G CSC
CINCINNATI, OH 45250-5566

**CERTIFIED MAIL**
93071107566016155580840

Letter Date:  06/25/2015
Taxpayer Identification Number:
XXX-XX-6421
Person to Contact:
P. A. BELTON
Contact Telephone Number:
(800) 829-3903
Employee Identification Number:
23-08PHIL

STEPHEN & AMY D MOENNING MD
11501 COMPASS POINT DR
FT MYERS, FL 33908-4933

000938

**Notice of Federal Tax Lien Filing and Your Right to a Hearing Under IRC 6320**

Dear STEPHEN & AMY D MOENNING MD

We filed a Notice of Federal Tax Lien on  06/25/2015 .

| Type of Tax | Tax Period | Assessment Date | Amount on Lien |
|---|---|---|---|
| 1040 | 12/31/2013 | 12/08/2014 | 172250.25 |

NOTE: Please contact the person whose name and telephone number appear on this notice to obtain

NOTE: Please contact the person whose name and telephone number appears on this notice to obtain the current amount you owe. Additional interest and penalties may be increasing the amount on the lien shown above.

A lien attaches to all property you currently own and to all property you may acquire in the future. It also may damage your credit rating and hinder your ability to obtain additional credit.

You have the right to a hearing with us to appeal this collection action and to discuss your payment method options. To explain the different collection appeal procedures available to you, we have enclosed Publication 1660, Collection Appeal Rights.

You must request your hearing by   08/03/2015 . Please complete the enclosed Form 12153, *Request for a Collection Due Process or Equivalent Hearing,*and mail it to:

Internal Revenue Service
IRS-ACS/CDP
P.O. BOX 42346
PHILADELPHIA, PA 19101-2346

We will issue a Form 668(Z), Certificate of Release of Notice of Federal Tax Lien, within 30 days:

- After you pay the full amount of your debt;
- We accept a bond guaranteeing payment of the amount owed; or
- A decision is made to adjust your account (i.e., during an Appeals hearing).

We have enclosed Publication 1450, Instructions on How to Request a Certificate of Release of Federal Tax Lien.

If you have any questions, please contact the person whose name and telephone number appear at the top of this letter.

Sincerely,

Cheryl Cordero

Director, Specialty Collections

Enclosures:
Publication 594, *The Collection Process*
Publication 1450
Publication 1660
Form 668 (Y) (C), *Notice of Federal Tax Lien*
Form 12153



Letter 3172 (DO) rev (12-2014)
Catalog No. 267671

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service | | |
|---|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | | |

Area:
SMALL BUSINESS/SELF EMPLOYED AREA #3
(800) 829-3903

**Serial Number**
162304715

**For Optional Use by Recording Office**

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

- This Notice of Federal Tax Lien has been filed as a matter of public record.
- IRS will continue to charge penalty and interest until you satisfy the amount you owe.
- Contact the Area Office Collection Function for information on the amount you must pay before we can release this lien.
- See the back of this page for an explanation of your Administrative Appeal rights.

Name of Taxpayer
  STEPHEN & AMY D MOENNING MD

000938

Residence
    11501 COMPASS POINT DR
    FT MYERS, FL 33908-4933

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2013 | XXX-XX-6421 | 12/08/2014 | 01/07/2025 | 172250.25 |

Place of Filing

       County Courthouse
       Lee County
       Fort Myers, FL 33901

Total    172250.25

This notice was prepared and signed at _____ BALTIMORE, MD, _____ , on this,

the 16th day of June _____ , 2015

Signature _____
*Cheryl Cordaro*

For P. A. BELTON

Title
ACS SBSE
(800) 829-3903

25-00-0000

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax Lien
Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 3 - Taxpayer's Copy

CAT. NO 60025X
Form 668 (Y)(c) (Rev. 02-04)

| Form **433-D**<br>(Rev. January 2015) | Department of the Treasury - Internal Revenue Service<br>**Installment Agreement**<br>*(See Instructions on the back of this page)* | |
|---|---|---|

| Name and address of taxpayer(s)<br>STEPHEN P MOENNING and AMY D MOENNING<br><br>11501 COMPASS POINT DRIVE<br><br>FT. MYERS, FL 33908 | Social Security or Employer Identification Number (SSN/EIN)<br>(Taxpayer) 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    (Spouse) 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 |
|---|---|
| | Your telephone numbers *(including area code)*<br>(Home)                    (Work, cell or business) |
| ☐ Submit a new Form W-4 to your employer to increase your withholding. | 239-362-2298         239-314-4681 |
| | For assistance, call: 1-500-829-0115 (Business), or<br>1-500-829-0374 (Individual - Self-Employed/Business Owners), or<br>1-800-829-0922 (Individuals - Wage Earners) |
| | Or write _____<br>(City, State, and ZIP Code) |

Employer *(Name, address, and telephone number)*  LEE PHYSICIAN GROUP 5216 CLAYTON COURT, FT. MYERS, FL 33907

Financial Institution *(Name and address)*  REGIONS BANK 1401 TAMIAMI TRAIL, PUNTA GORDA, FL 33950

| Kinds of taxes (Form numbers) | Tax periods | Amount owed as of 2/23/15 |
|---|---|---|
| 1040 | 2013 | $              175,652.50 |

I / We agree to pay the federal taxes shown above, PLUS PENALTIES AND INTEREST PROVIDED BY LAW, as follows

$ 7,500.00 on 7/20/15 and $ 7,500.00 on the 20TH of each month thereafter

I / We also agree to increase or decrease the above installment payments as follows:

| Date of increase (or decrease) | Amount of increase (or decrease) | New installment payment amount |
|---|---|---|
| 7/20/16 | 4,000.00 | 11,500.00 |

The terms of this agreement are provided on the back of this page. Please review them thoroughly.

*[initials]* Please initial this box after you've reviewed all terms and any additional conditions.

| Additional Conditions / Terms *(To be completed by IRS)* | Note: Internal Revenue Service employees may contact third parties in order to process and maintain this agreement. |
|---|---|

**DIRECT DEBIT** - Attach a voided check or complete this part only if you choose to make payments by direct debit. Read the instructions on the back of this page.

a. Routing number  `0 6 2 0 0 5 6 9 0`

b. Account number  `0 1 1 9 6 3 9 1 2 0`

I authorize the U.S. Treasury and its designated Financial Agent to initiate a monthly ACH debit (electronic withdrawal) entry to the financial institution account indicated for payments of my federal taxes owed, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the Internal Revenue Service to terminate the authorization. To revoke payment, I must contact the Internal Revenue Service at the applicable toll free number listed above no later than 14 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payments of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payments.

| Your signature *[signature]* | Title (if Corporate Officer or Partner) | Date 5/28/15 |
|---|---|---|
| Spouse's signature (if a joint liability) *[signature]* | | Date 5/28/15 |

**FOR IRS USE ONLY**

AGREEMENT LOCATOR NUMBER: __ __ __  __ __  __ __

Check the appropriate boxes:
☐ RSI "1" no further review        ☐ AI "0" Not a PPIA
☐ RSI "5" PPIA IMF 2 year review   ☐ AI "1" Field Asset PPIA
☐ RSI "6" PPIA BMF 2 year review   ☐ AI "2" All other PPIAs

Agreement Review Cycle __ __ __ __ __    Earliest CSED _____

☐ Check box if pre-assessed modules included

Originator's ID number _____    Originator Code _____

Name _____    Title _____

**A NOTICE OF FEDERAL TAX LIEN** *(Check one box below)*
☐ HAS ALREADY BEEN FILED
☐ WILL BE FILED IMMEDIATELY
☐ WILL BE FILED WHEN TAX IS ASSESSED
☐ MAY BE FILED IF THIS AGREEMENT DEFAULTS

NOTE: A NOTICE OF FEDERAL TAX LIEN WILL NOT BE FILED ON ANY PORTION OF YOUR LIABILITY WHICH REPRESENTS AN INDIVIDUAL SHARED RESPONSIBILITY PAYMENT UNDER THE AFFORDABLE CARE ACT.

| Agreement examined or approved by (Signature, title, function) | Date |
|---|---|

**From: steve moenning** smoenning@icloud.com
**Subject:** Re: Surgery Center Mail
**Date:** May 26, 2015 at 8:32 AM
**To:** Amy Moenning amydmoenning@gmail.com

just bring mail home. not sure about renewal. aaa will renew when we get more money

Sent from my iPhone
Steve Moenning

On May 26, 2015, at 7:47 AM, Amy Moenning <amydmoenning@gmail.com> wrote:

1) do you want me to open the envelop, below, to let you know what it is before I get home this evening?

<FullSizeRender.jpg>

2) Rent for post office box is due by May 31. The notice re. rate was in your mail a week or two ago.

3) our AAA membership is due to be renewed by June 30....the current cards expire July 1. The membership renewal info is usually sent to your office @ 610 E. Olympia...hopefully, they'll send it before the post box rental expires.
Will we be renting it for another 3,or 6 months?

Amy

**From:** **steve moenning** smoenning@icloud.com
**Subject:** Re: Amy's new lenses
**Date:** May 28, 2015 at 9:07 AM
**To:** Amy Moenning amydmoenning@gmail.com

ur choice ok either way

Sent from my iPhone
Steve Moenning

On May 28, 2015, at 8:00 AM, Amy Moenning <amydmoenning@gmail.com> wrote:

Lisa ordered my new eyeglass lenses. Usually, she collects 1/2 for down payment. She said she will wait until I pick up the lenses to collect :)  Our insurance will pay 50% for my lenses she told me; our remaining balance will only be $314. Should be in in two weeks. I'll use my current frames.  Or, if you'd rather I keep what I am wearing now for a spare, I can have her order me new frames. Insurance will pay all expenses over $30 for frames every 24 months. Please let me know :)

Amy

From: **steve moenning** smoenning@icloud.com
Subject: Re: Home I Safercar -- National Highway Traffic Safety Administration (NHTSA)
Date: May 20, 2015 at 9:34 AM
To: Amy Moenning amydmoenning@gmail.com

going well. u too

Sent from my iPhone
Steve Moenning

> On May 20, 2015, at 9:25 AM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> This website was featured on the news this a.m. It'd be good to check it before purchasing another car, as well to check our current cars. It's got lots of info.
>
> I'm at PG Club---finished 3 miles on treadmill & am resting in the little cafe/ sitting area before heading home :)
>
> http://www.safercar.gov/
>
> Hope your day is going well!
>
>
> Amy

From: **steve moenning** smoenning@icloud.com
Subject: Re: Amy's Cincinnati Car Rental Info
Date: May 6, 2015 at 11:25 AM
To: Amy Moenning amydmoenning@gmail.com

ok

Sent from my iPhone
Steve Moenning

On May 6, 2015, at 10:18 AM, Amy Moenning <amydmoenning@gmail.com> wrote:

> Estimated total on confirmation of reservation (below) is $123, including taxes. This does not include refilling gas tank....shouldn't be too much, maybe half a tank, 8-10 gals @ $2.50/gal, at most $25. All totaled, rental & gas=$150
>
> Amy
>
> Begin forwarded message:
>
> **From:** <reservations@goalamo.com>
> **Date:** May 6, 2015 at 12:34:20 AM EDT
> **To:** <amydmoenning@gmail.com>
> **Subject: Friendly Email Reminder from Alamo.com for reservation # 693092435**
>
> Dear AMY,
>
> Thank you for using Alamo to make your reservation. Below is your confirmation number. You will need it when you get to the rental facility.
>
> Your confirmation number is: 693092435
>
> If you would like to View, Modify, Cancel, or Check-in online, please click on the link below.
>
> https://www.alamo.com/en_US/car-rental/reservation/viewReservation.html?firstName=AMY&lastName=MOENNING&confirmationNumber=693092435
>
> If you have already cancelled your reservation by phone, we apologize as you have received this email in error.
>
> Please note that if you experience any problem with the links, you can visit http://www.alamo.com and click on `View, Modify or Cancel' right from the home page, or you can call 1-877-222-9075.
>
> Thank you again for using Alamo to reserve your car.

From: **steve moenning** smoenning@icloud.com
Subject: Re: FPL bill, Compass Point, overdue
Date: March 27, 2015 at 8:37 AM
To: Amy Moenning amydmoenning@gmail.com

will get it today

Sent from my iPhone
Steve Moenning

> On Mar 27, 2015, at 8:34 AM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> This was in envelope in kitchen--
>
> <IMG_9321.JPG>
>
>
> Amy

From: **steve moenning** smoenning@icloud.com  📎
Subject: house
Date: January 22, 2015 at 4:27 PM
To: Amy Moenning amydmoenning@gmail.com









Sent from my iPhone
Steve Moenning

From: **steve moenning** smoenning@icloud.com
Subject: house
Date: January 22, 2015 at 4:25 PM
To: Amy Moenning amydmoenning@gmail.com













From: **steve moenning** smoenning@icloud.com
Subject: house
Date: January 22, 2015 at 4:26 PM
To: Amy Moenning amydmoenning@gmail.com







