



From: **steve moenning** smoenning@icloud.com 
Subject: house
Date: January 22, 2015 at 4:25 PM
To: Amy Moenning amydmoenning@gmail.com











**From:** **steve moenning** smoenning@icloud.com
**Subject:** Re: Moenning home--1950 Jamaica Way
**Date:** January 28, 2015 at 12:31 PM
**To:** Amy Moenning amydmoenning@gmail.com

i did too

Sent from my iPhone
Steve Moenning

On Jan 28, 2015, at 12:00 PM, Amy Moenning <amydmoenning@gmail.com> wrote:

Steve, Just wanted to let you know that I sent the photo of glass-topped nautical table to Natalie :)

Amy

Begin forwarded message:

**From:** Amy Moenning <amydmoenning@gmail.com>
**Date:** January 28, 2015 at 11:48:28 AM EST
**To:** "Natalie Chandler, Prestige Estate Services" <nchandler@prestigeestateservices.com>
**Subject: Moenning home--1950 Jamaica Way**

Hooray! Natalie, Just wanted to let you know that I found the glass top which goes to this nautical base!

<IMG_7699.JPG>

Amy Moenning

From: **steve moenning** smoenning@icloud.com
Subject: house
Date: January 22, 2015 at 4:25 PM
To: Amy Moenning amydmoenning@gmail.com















From: **steve moenning** smoenning@icloud.com
Subject: Fwd: house for rent in Royal Tee off Pine Island Rd.
Date: January 20, 2015 at 6:04 PM
To: Amy Moenning amydmoenning@gmail.com

Sent from my iPhone
Steve Moenning

Begin forwarded message:

**From:** Cynthia Roberts <postmaster@matrixemailer.com>
**Date:** January 20, 2015 at 3:53:49 PM EST
**To:** smoenning@mac.com
**Subject: house for rent in Royal Tee off Pine Island Rd.**
**Reply-To:** Cynthia Roberts <clroberts1@msn.com>

This email is being sent through the Matrix application by your real estate professional Cynthia Roberts.

Click the following link to view your Residential property report:
http://matrix.swflamls.com/DE.asp?ID=1999871315

Cindy Roberts, ABR, CRS, GRI
Broker-Associate
Helping people with their real estate needs since 1979.

Delivered By CoreLogic, Inc. | 40 Pacifica, Irvine, CA 92618
Click this link if you wish to Unsubscribe.
http://matrix.swflamls.com/Matrix/Public/UnsubscribeDirectEmail.aspx?
ID=1999871315-1&Eml=c21vZW5uaW5nQG1hYy5jb20%3d

From: **steve moenning** smoenning@icloud.com
Subject: Fwd: Gulf harbor
Date: January 20, 2015 at 6:04 PM
To: Amy Moenning amydmoenning@gmail.com

Sent from my iPhone
Steve Moenning

Begin forwarded message:

**From:** Cynthia Roberts <postmaster@matrixemailer.com>
**Date:** January 20, 2015 at 2:58:29 PM EST
**To:** smoenning@mac.com
**Subject: Gulf harbor**
**Reply-To:** Cynthia Roberts <clroberts1@msn.com>

This email is being sent through the Matrix application by your real estate professional Cynthia Roberts.

Click the following link to view your Residential Rental property report:
http://matrix.swflamls.com/DE.asp?ID=1999340110

Cindy Roberts, ABR, CRS, GRI
Broker-Associate
Helping people with their real estate needs since 1979.

Delivered By CoreLogic, Inc. | 40 Pacifica, Irvine, CA 92618
Click this link if you wish to Unsubscribe.
http://matrix.swflamls.com/Matrix/Public/UnsubscribeDirectEmail.aspx?ID=1999340110-1&Eml=c21vZW5uaW5nQG1hYy5jb20%3d

From: **steve moenning** smoenning@icloud.com
Subject: Fwd: a couple of rentals
Date: January 20, 2015 at 6:03 PM
To: Amy Moenning amydmoenning@gmail.com



Sent from my iPhone
Steve Moenning

Begin forwarded message:

From: Cindy Roberts <croberts@royalshellsales.com>
Date: January 20, 2015 at 3:57:42 PM EST
To: "smoenning@mac.com" <smoenning@mac.com>
Subject: a couple of rentals

Steve,

Open this link and scroll down the page to the last two listings.  One of them is for Lady Anne Cir.

It is currently listed for sale and I've sent you the information regarding the home from the MLS in a separate email.  The agent told me to let him know if you were interested and he'd check with owners to determine if they'll take it off the market once its rented.

http://rent.miloffaubuchonrealty.com/rent/annual/

Very nice meeting you and Amy this afternoon.

Sincerely,

Cindy

From: **steve moenning** smoenning@icloud.com
Subject: Fwd: Gulf harbor
   Date: January 20, 2015 at 5:24 PM
     To: Amy Moenning amydmoenning@gmail.com



Sent from my iPhone
Steve Moenning

Begin forwarded message:

**From:** Cynthia Roberts <postmaster@matrixemailer.com>
**Date:** January 20, 2015 at 2:58:29 PM EST
**To:** smoenning@mac.com
**Subject: Gulf harbor**
**Reply-To:** Cynthia Roberts <clroberts1@msn.com>

This email is being sent through the Matrix application by your real
estate professional Cynthia Roberts.

Click the following link to view your Residential Rental property report:
http://matrix.swflamls.com/DE.asp?ID=1999340110

Cindy Roberts, ABR, CRS, GRI
Broker-Associate
Helping people with their real estate needs since 1979.

Delivered By CoreLogic, Inc. | 40 Pacifica, Irvine, CA 92618
Click this link if you wish to Unsubscribe.
http://matrix.swflamls.com/Matrix/Public/UnsubscribeDirectEmail.aspx?
ID=1999340110-1&Eml=c21vZW5uaW5nQG1hYy5jb20%3d

**Michael Saunders & Company**
Licensed Real Estate Broker

## Residential Contract For Sale And Purchase
THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR

**PARTIES:**  STEPHEN D. MOENNING                    AMY P. MOENNING            ("Seller"),
and        CHRISTOPHER G. FREELAND                 SHAUNA G. HOTCHKISS        ("Buyer"),
agree that Seller shall sell and Buyer shall buy the following described Real Property and Personal Property
(collectively "Property") pursuant to the terms and conditions of this Residential Contract For Sale And Purchase and
any riders and addenda ("Contract"):

1. **PROPERTY DESCRIPTION:**
   (a) Street address, city, zip: 1950 JAMAICA WAY                    PUNTA GORDA       FL  33950-5177
   (b) Property is located in: ___Charlotte___ County, Florida, Real Property Tax ID No.: 41-22-11-251-008
   (c) Real Property: The legal description is PGI 010 0090 0009 PUNTA GORDA ISLES SEC10 BLK90 LT 9 1524/2014 1704/531

   together with all existing improvements and fixtures, including built-in appliances, built-in furnishings and attached
   wall-to-wall carpeting and flooring ("Real Property") unless specifically excluded in Paragraph 1(e) or by other terms
   of this Contract.
   (d) Personal Property: Unless excluded in Paragraph 1(e) or by other terms of this Contract, the following items which
   are owned by Seller and existing on the Property as of the date of the initial offer are included in the purchase:
   range(s)/oven(s), refrigerator(s), dishwasher(s), disposal, ceiling fan(s), intercom, light fixture(s), drapery rods and
   draperies, blinds, window treatments, smoke detector(s), garage door opener(s), security gate and other access
   devices, and storm shutters/panels ("Personal Property").
   Other Personal Property items included in this purchase are: _____

   Personal Property is included in the Purchase Price, has no contributory value, and shall be left for the Buyer.
   (e) The following items are excluded from the purchase: _____

### PURCHASE PRICE AND CLOSING

2. **PURCHASE PRICE (U.S. currency):** .................................................. $ 1,450,000.00
   (a) Initial deposit to be held in escrow in the amount of (checks subject to COLLECTION) ......... $ 10,000.00
   The initial deposit made payable and delivered to "Escrow Agent" named below
   (CHECK ONE): (i) ☒ accompanies offer or (ii) ☐ is to be made within _____ (if left blank,
   then 3) days after Effective Date. IF NEITHER BOX IS CHECKED, THEN OPTION (ii)
   SHALL BE DEEMED SELECTED.
   Escrow Agent Information: Name: Michael Saunders & Company
   Address: 101 TAYLOR STREET PUNTA GORDA, FL   33950
   Phone: 941-639-0000  E-mail: SHAUNAHOTCHKISS@GMAIL.COM  Fax: 941-639-0101
   (b) Additional deposit to be delivered to Escrow Agent within _____ (if left blank, then 10)
   days after Effective Date ................................................................... $ _____
   (All deposits paid or agreed to be paid, are collectively referred to as the "Deposit")
   (c) Financing: Express as a dollar amount or percentage ("Loan Amount") see Paragraph 8 .......... 1,150,000.00
   (d) Other: _____ ................................................................. $ _____
   (e) Balance to close (not including Buyer's closing costs, prepaids and prorations) by wire
   transfer or other COLLECTED funds ......................................................... $ 290,000.00
   NOTE: For the definition of "COLLECTION" or "COLLECTED" see STANDARD S.

3. **TIME FOR ACCEPTANCE OF OFFER AND COUNTER-OFFERS; EFFECTIVE DATE:**
   (a) If not signed by Buyer and Seller, and an executed copy delivered to all parties on or before 5:00PM
   ___1/12/2015___, this offer shall be deemed withdrawn and the Deposit, if any, shall be returned to
   Buyer. Unless otherwise stated, time for acceptance of any counter-offers shall be within 2 days after the day the
   counter-offer is delivered.
   (b) The effective date of this Contract shall be the date when the last one of the Buyer and Seller has signed or initialed
   and delivered this offer or final counter-offer ("Effective Date").

4. **CLOSING DATE:** Unless modified by other provisions of this Contract, the closing of this transaction shall occur and
   the closing documents required to be furnished by each party pursuant to this Contract shall be delivered ("Closing") on
   ___or before 02/25/15___ ("Closing Date"), at the time established by the Closing Agent.

5. **EXTENSION OF CLOSING DATE:**
   (a) If Closing funds from Buyer's lender(s) are not available at time of Closing due to Truth In Lending Act (TILA) notice
   requirements, Closing shall be extended for such period necessary to satisfy TILA notice requirements, not to
   exceed 7 days.

Buyer's Initials _CGF_ _AP_                Page 1 of 12                Seller's Initials _SM_ _AP_
FloridaRealtors/FloridaBar-3   Rev.3/14 © 2014 Florida Realtors® and The Florida Bar.  All rights reserved.

This software is licensed to [SHAUN HOTCHKISS - MICHAEL SAUNDERS & COMPANY] www.transactiondesk.com.

*Instanet Forms*

629 THIS IS INTENDED TO BE A LEGALLY BINDING CONTRACT. IF NOT FULLY UNDERSTOOD, SEEK THE ADVICE OF
630 AN ATTORNEY PRIOR TO SIGNING.

631 THIS FORM HAS BEEN APPROVED BY THE FLORIDA REALTORS AND THE FLORIDA BAR.

632 *Approval of this form by the Florida Realtors and The Florida Bar does not constitute an opinion that any of the terms and*
633 *conditions in this Contract should be accepted by the parties in a particular transaction. Terms and conditions should be*
634 *negotiated based upon the respective interests, objectives and bargaining positions of all interested persons.*

635 AN ASTERISK (*) FOLLOWING A LINE NUMBER IN THE MARGIN INDICATES THE LINE CONTAINS A BLANK TO BE
636 COMPLETED.

637
638
639* Buyer: _____     Date: 1-12-15
640     CHRISTOPHER G. FREELAND
641
642
643
644* Buyer: _____     Date: 1-12-15
645     SHAUNE G. HOTCHKISS
646
647
648* Seller: _____     Date: 1/12/15
650     STEPHEN D. MOENNING
651
652
653
654* Seller: _____     Date: 1/12/15
655     AMY D. MOENNING
656     Buyer's address for purposes of notice          Seller's address for purposes of notice
657*    4339  TAMIAMI TRAIL                              1950  JAMAICA WAY
658*    _____             _____
659*    PORT CHARLOTTE        FL    33980                PUNTA GORDA      FL    33950-5177
660
661 BROKER: Listing and Cooperating Brokers, if any, named below (collectively, "Broker"), are the only Brokers entitled to
662 compensation in connection with this Contract. Instruction to Closing Agent: Seller and Buyer direct Closing Agent to
663 disburse at Closing the full amount of the brokerage fees as specified in separate brokerage agreements with the parties
664 and cooperative agreements between the Brokers, except to the extent Broker has retained such fees from the escrowed
665 funds. This Contract shall not modify any MLS or other offer of compensation made by Seller or Listing Broker to
666 Cooperating Brokers.
667
668*    SHAUNE HOTCHKISS                                 STEPANIE EASTMAN & TODD LAWLER
669 Cooperating Sales Associate, if any                 Listing Sales Associate
670
671*    MICHAEL SAUNDERS & COMPANY                       RE/MAX REALTY TEAM
672 Cooperating Broker, if any                          Listing Broker

FloridaRealtors/FloridaBar-3   Rev 9/14 © 2014 Florida Realtors® and The Florida Bar. All rights reserved.

This software is licensed to: [SHAUN HOTCHKISS - MICHAEL SAUNDERS & COMPANY] www.transactiondesk.com.

Instanet
forms



**From:** **steve moenning** smoenning@icloud.com
**Subject:** Daddy's marketing insert
**Date:** December 7, 2014 at 6:18 PM
**To:** Amy Moenning amydmoenning@gmail.com, melanie moenning melmoenning@gmail.com, Anne Moenning aemoenning@gmail.com, ejmoenning@gmail.com



4800.440
Stephe...p2.pdf

Sent from my iPhone
Steve Moenning

From: **steve moenning** smoenning@icloud.com 🔗
Subject: Fwd: international marketing listing of your home on Jamaica Way..
Date: December 7, 2014 at 5:40 PM
To: Amy Moenning amydmoenning@gmail.com



Sent from my iPhone
Steve Moenning

Begin forwarded message:

> **From:** PToddLawler@aol.com
> **Date:** December 7, 2014 at 3:49:48 PM EST
> **To:** smoenning@mac.com
> **Subject: international marketing listing of your home on Jamaica Way..**
>
> Steve,
>  Here is a amazing international site I spend big money with I pay 8k a year to be
> able to have 1 active listing at a time and only get to adv. 1 listing on here. This is
> also connected with the Robb Report. This website is what most people use all
> over the world to look for homes in other countries its like a global MLS system
> and I get lots of foregin buyers from this...This site is for big companies who
> spend 50k plus a month to advertise on here, I used your home as my only ad and
> listing on this site take a look! Its a great tool and gets so many hits on your home
> from this.
> http://www.worldpropertyjournal.com/real-estate-listings/residential/florida/punta-
> gorda/homes-for-sale/188567_1950-jamaica-way-33950.html
>
>
> Helping you find your own Piece of Paradise,





Todd Lawler and Emily Peters
**Premiere Plus Realty Co.®**
Marco Island FL, 34145
Cell 734-564-8249
Office 239-677-4507
http://www.marcohomesales.com/

**From:** **B- Baller** smoenning@lcloud.com 
**Subject:** Fwd: Proof for rack card
**Date:** December 5, 2014 at 9:14 AM
**To:** Amy Moenning amydmoenning@gmail.com
**Cc:** B- Baller smoenning@icloud.com

here is my intro, to be sent out.fyi

Begin forwarded message:

**From:** "Hutchens, Dawn" <dawn.hutchens@leememorial.org>
**To:** "steve moenning (smoenning@icloud.com)" <smoenning@icloud.com>
**Subject: Proof for rack card**
**Date:** December 5, 2014 at 8:49:50 AM EST

Need your approval. I've confirmed address & phone number is correct.

Dawn ☺

---

**From:** Foote, Jennifer L.
**Sent:** Friday, December 05, 2014 8:39 AM
**To:** Hutchens, Dawn
**Subject:** Proof For Steven

Hi,

How do these look? The sooner I can get approval, the sooner we can get the ad out and the rack cards printed! ☺


**Jennifer (Jenny) Foote**
*Senior Project Manager Physician Services*
Jennifer.Foote@LeeMemorial.org

**LEE MEMORIAL
HEALTH SYSTEM**


**As of September 1st, note the department new address and phone/fax number:**
12801 Westlinks Drive, Suite 103
Fort Myers, Florida 33913
Phone: 239-561-5083
Fax: 239-561-5075



4800.440
Stephe...p1.pdf

From: **steve moenning** smoenning@icloud.com
Subject: Fwd: 1950 Jamaica Way
Date: December 1, 2014 at 8:13 PM
To: Amy Moenning amydmoenning@gmail.com



Sent from my iPhone

Begin forwarded message:

**From:** Eastman - Eastman <pictureperfectrealestate@yahoo.com>
**Date:** December 1, 2014 at 12:50:01 PM EST
**To:** steve moenning <smoenning@icloud.com>, Ptoddlawler <ptoddlawler@aol.com>
**Subject: Re: 1950 Jamaica Way**
**Reply-To:** Eastman - Eastman <pictureperfectrealestate@yahoo.com>

Good morning Steve!

Hope you and the family had a great holiday weekend. This Saturday the 6th sounds perfect. I'm going to start advertising for it now. Please let me know if you have any questions or concerns.

Thank you,
Stephanie

# Eastman & Eastman
*"Picture Perfect Real Estate!"*
# RE/MAX Realty Team
Donna Eastman - 239.565.6027 - **REALTOR**
Stephanie Eastman - 239.745.8271 - **REALTOR**
http://www.pictureperfectrealestate.biz

**From:** steve moenning <smoenning@icloud.com>
**To:** Eastman - Eastman <pictureperfectrealestate@yahoo.com>
**Sent:** Wednesday, November 26, 2014 4:33 PM
**Subject:** Re: 1950 Jamaica Way

stephanie. i think sat dec 6, 13 or 20 would work for open house. did the last people give any feedback? did they like the elevator/ weight room?

Sent from my iPhone

On Nov 12, 2014, at 11:12 AM, Eastman - Eastman <pictureperfectrealestate@yahoo.com> wrote:

From: **steve moenning** smoenning@mac.com
Subject: video tour—1950 Jamaica Way
Date: October 24, 2014 at 5:52 PM
To: Amy Moenning amydmoenning@gmail.com
Cc: **steve moenning** smoenning@mac.com



http://revtoursnow.com/1950jamaicawaypg.html

From: **B- Baller** smoenning@icloud.com
Subject: Re: Piano -- 2 more photos
Date: September 24, 2014 at 5:46 PM
To: Rick Shaw 4rshaw.com
Bcc: **B- Baller** smoenning@icloud.com



Got it thanks rick.

Steve Moenning

On Sep 24, 2014, at 3:27 PM, Rick Shaw <4rshaw@gmail.com> wrote:

Hello dr. Steve it's Rick Shaw thanks so much for showing me the pictures I don't think I've got any ideas as far as what to do with the piano
you might want to call Nick's piano in Bonita Springs or the piano guys in Port Charlotte
I love the piano but I can't afford it right now you might also consider donating it to a church or someplace like that however they probably wouldn't appreciate the player . Keep me posted and if I come up with any more ideas I will let you know . Thanks Rick Shaw
Please let me know if you received this email

On Sep 19, 2014 5:51 PM, "B- Baller" <smoenning@icloud.com> wrote:

Steve Moenning

Begin forwarded message:

**From:** Amy Moenning <amydmoenning@gmail.com>
**Date:** September 17, 2014 at 10:06:03 AM EDT
**To:** MOENNING STEPHEN <smoenning@mac.com>
**Subject: Piano -- 2 more photos**

I'm going to see if I have any from when the guy tuned it

<photo 1.JPG>

<photo 2.JPG>

Amy Moenning

From: **B- Baller** smoenning@icloud.com
Subject: Re: Piano -- 5 photos
Date: September 17, 2014 at 10:15 AM
To: Amy Moenning amydmoenning@gmail.com
Bcc: smoenning@icloud.com



He wants a close up of strings and the turning spindles for strings

Steve Moenning

On Sep 17, 2014, at 10:05 AM, Amy Moenning <<u>amydmoenning@gmail.com</u>> wrote:

<photo 1.JPG>

<photo 2.JPG>

<photo 3.JPG>

<photo 4.JPG>

<photo 5.JPG>

Amy Moenning

From: **B- Baller** smoenning@Icloud.com  📎
Subject: Fwd: Piano, 2 of 3 emails
Date: September 17, 2014 at 1:21 PM
To: pianooutlet@aol.com
Bcc: smoenning@icloud.com



Steve Moenning

Begin forwarded message:

**From:** Amy Moenning <<u>amydmoenning@gmail.com</u>>
**Date:** September 17, 2014 at 1:16:57 PM EDT
**To:** MOENNING STEPHEN <<u>smoenning@mac.com</u>>
**Subject: Piano, 2 of 3 emails**







Amy Moenning

From: **B- Baller** smoenning@icloud.com
Subject: Re: Wrote 2 checks
Date: August 13, 2014 at 2:01 PM
To: Amy Moenning amydmoenning@gmail.com
Bcc: smoenning@icloud.com



Ok

Steve Moenning

> On Aug 13, 2014, at 1:53 PM, Amy Moenning <amydmoenning@gmail.com> wrote:
>
> FYI--
> Wrote 2 checks today, each to CHS:
>
> Check# 2868   $35   swim team warm-up top & bottom, Mel can wear Em's team swim suit for meets
>
> Check# 2869   $100 pay-to-play fee
>
> Amy

From: **steve moenning** smoenning@mac.com
Subject: Re: Re health ins.
Date: August 11, 2014 at 8:16 PM
To: Amy Moenning amydmoenning@gmail.com
Cc: steve moenning smoenning@mac.com



the office has saved money on the insurance. new plan.
On Aug 11, 2014, at 2:06 PM, Amy Moenning <amydmoenning@gmail.com> wrote:

I noticed on new card that UrgCare is now $0, down from $100. What is UrgCare?

Amy



**From: B- Baller** smoenning@icloud.com
**Subject: Fwd: Your Tuition Management Systems eBill Preference Confirmation**
**Date:** July 31, 2014 at 4:12 PM
**To:** Amy Moenning amydmoenning@gmail.com
**Bcc:** smoenning@icloud.com

Steve Moenning

Begin forwarded message:

**From:** MPP_Billing_Services@afford.com
**Date:** July 31, 2014 at 1:02:13 PM EDT
**To:** smoenning@mac.com
**Subject: Your Tuition Management Systems eBill Preference Confirmation**



| Tuition Management Systems Notification | eBill Sign Up Confirmation |
| --- | --- |

**TUITION MANAGEMENT SYSTEMS**
*Helping Families Afford Education®*

Rhode Island School of Design Payment Plan
Account number : 801829863-02

### Your Bill Preference Has Been Updated!

Dear Stephen Moenning,

This message has been sent to confirm your request to be notified by email when your bill is available to view online.

For assistance, please email service@afford.com or call 800-722-4867 to speak with an Education Payment Advisor. Our customer service hours are Monday - Friday 8:00 AM - 10:00 PM and Saturdays 9:00 AM - 3:00 PM ET.

**Log Into Your Account to:**

- View your bill
- Access account information
- Make payments online

**Log Into Your Account**

(First time users will need to register for an online account)

Log Into Your Account

Please note:

- Your online bills are presented in PDF format. You will need Adobe Reader(R) to view your bill.

- If you do not currently have Adobe Reader installed, a free Adobe Reader download is available at http://www.adobe.com/downloads/

- You may change your billing preference at any time by logging into your account at afford.com.

- Tuition Management Systems is not responsible for undeliverable email. Your payments are due on or before the payment plan due date. Non-receipt of a bill does not relieve you of your responsibility to make your payments on time.

From: **B- Baller** smoenning@icloud.com
Subject: Re: Cable TV & phones
Date: June 26, 2014 at 3:28 PM
To: Amy Moenning amydmoenning@gmail.com
Bcc: smoenning@icloud.com



**Suuperrr job**

Steve Moenning

On Jun 26, 2014, at 2:44 PM, Amy Moenning <amydmoenning@gmail.com> wrote:

Returned 4 HD boxes & remotes.
Monthly per HD box = $9.95 + 15%tax
I picked up 4 of those Infinity connectors like the one we use with kitchen TV. They'll be able to get same channels as the kitchen TV.
They cost $ 1.99 + 15%tax.
Basically we're reducing monthly bill by 4 x ($8 + 15%tax) = 4 x $9.20 = $36.80.
We'll still have use of those 4 TV's from which we took the boxes by using the Infinity adapters. Service will just be more limited, though still hi-def. same as we have in kitchen.

Re. telephone-- caller ID etc. is included in the basic package for 639-7999. The fax # has no extras. There's not really any additional savings to be had with our phones.

Amy Moenning

From: **B- Baller** smoenning@icloud.com
Subject: Fwd: Need pretty face at front desk 5/15 & 5/20
Date: May 5, 2014 at 3:16 PM
To: Amy Moenning amydmoenning@gmail.com
Bcc: smoenning@icloud.com



Can you help out?

Steve Moenning

Begin forwarded message:

From: Charlene Gorrill <cgorrill@harborsidesurgery.com>
Date: May 5, 2014 at 1:45:17 PM EDT
To: smoenning@mac.com
Subject: Need pretty face at front desk 5/15 & 5/20

Charlene Gorrill RN
Director of Nurses
HarborSide Surgery Center
610 E. Olympia Ave.
Punta Gorda, FL 33950
941-637-0065
Fax 941-637-0437

From: **B- Baller** smoenning@icloud.com
Subject: Fwd: RISD Study Abroad Insurance Information
Date: June 10, 2014 at 7:13 AM
To: Amy Moenning amymoenning@me.com
Bcc: smoenning@icloud.com



Go ahead and sign her up. Thanks

Steve Moenning

**Begin forwarded message:**

**From:** Amy Moenning <<u>amydmoenning@gmail.com</u>>
**Date:** June 9, 2014 at 11:00:05 PM EDT
**To:** STEPHEN MOENNING <<u>smoenning@mac.com</u>>
**Subject: Fwd: RISD Study Abroad Insurance Information**

Sent from my iPhone

Begin forwarded message:

**From:** Emily Moenning <<u>emoennin@risd.edu</u>>
**Date:** June 9, 2014 at 5:37:36 PM EDT
To: Amy Moenning <<u>amydmoenning@gmail.com</u>>, <u>smoenning@mac.com</u>
**Subject: Fwd: RISD Study Abroad Insurance Information**

Sent from my iPhone

Begin forwarded message:

**From:** <<u>enrollment@hthworldwide.com</u>>
**Date:** June 9, 2014 at 5:00:38 PM EDT
**To:** <<u>emoennin@risd.edu</u>>
**Subject: RISD Study Abroad Insurance Information**

Dear Emily Moenning:

As part of your participation with study abroad through Rhode Island School of

**To register, follow these simple steps:**

1. Go to hthparents.com and click on the 'Welcome! Please 'Sign In' link in the top right-hand corner.
2. Enter your e-mail address and click on 'No, I'm a new customer'.
3. Then, sign in one the following ways:
   - By entering your student's certificate number and name, exactly as it appears above
   - By entering your student's e-mail address (if your student has registered at hthstudents.com)
4. Review and accept the Site Use Agreement.
5. Enter your first and last name, create a password, re-confirm your e-mail address and submit

HTH Worldwide provides you with valuable information and your own password protected Internet site to help you prepare for your time abroad. Prior to departure, create your own online medical passport by completing your Well Prepared Profile. Interactively select physicians and save them so you already know who to call. Use the translation tools to store the names of prescription medicines you are currently taking. Call us if you have questions about the legality and availability of prescription medicine.

You must print your health insurance ID card from the site before you go. **This is very important,** as this card is your proof of coverage. If you misplace your card, you can always return to the site and print a replacement card.

Should you have any questions, please contact HTH Customer Service by email at customerservice@hthworldwide.com and they will reply within 24 hours. For immediate assistance, please call 1 866-281-1668 (Toll Free - Inside the US) or 1 610-254-8741 (Collect - Outside the US), where you can get information about your HTH plan benefits and access health care while you are studying abroad. Sincerely,

HTH Worldwide Insurance Services
www.hthstudents.com

including your Well Prepared Profile. You must also print your health insurance ID card from the site before you go. **This is very important**, as this card is your proof of coverage.

**How to register on the site**

Point your web browser to: <u>www.hthstudents.com/login/step1.cfm</u>

1. Enter your email address, indicate 'No, I'm signing up for the first time' and click 'Sign In'
2. Enter your Certificate Number, your name and the month and year you will complete your study abroad program and confirm your email address
3. Your Certificate Number and name must match the enrollment information provided to HTH, which is:

    a. Certificate Number: 501911217
    b. Name: Emily Moenning

4. Click 'Submit'
5. Complete the registration/activation process by following the remaining steps onscreen.

**How to print your ID card:**

1. After registration/activation, go to the 'My Benefits' section - the link is on the left side at the top of the screen
2. In the right hand column of the table that appears, click 'ID Card'
3. Your card is at the bottom of the letter that appears.

Your insurance certificate, outlining the benefits of the policy is also available in the "My Benefits" section of the page. The site also offers HTH Worldwide's international doctor and facility search and medical drug, phrase and term translation guides.

Parents can visit **hthparents.com** to access the some of the same tools students' access using <u>hthstudents.com</u>. Please forward this email.

- access over 3,000 contracted, English-speaking physicians in over 200

From: **B- Baller** smoenning@icloud.com  📎
Subject: Fwd: Taxes
Date: April 7, 2014 at 9:04 AM
To: Matt Zasada mzasada@cricpa.com
Bcc: smoenning@icloud.com



Steve Moenning

Begin forwarded message:

**From:** Amy Moenning <<u>amydmoenning@gmail.com</u>>
**Date:** April 7, 2014 at 8:22:32 AM EDT
**To:** STEPHEN MOENNING <<u>smoenning@mac.com</u>>
**Subject:** Taxes

**Letter Date:** 03/31/2014

**Taxpayer Identification Number:
(Social Security Number or
Employer Identification Number)**
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
**Person to Contact:**
JACQUELYN S PERRON
**Employee Identification Number:**
1000885003
**Contact Telephone Number:**
(239)938-7533
**For Account of:**
STEPHEN P & AMY D MOENNING

**Internal Revenue Service**
4210 METRO PARKWAY
FT MYERS, FL 33916

**Department of the Treasu**

Letter Date: 03/31/2014

Taxpayer Identification Number:
(Social Security Number or
Employer Identification Number)
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

STEPHEN P & AMY D MOENNING
1950 JAMAICA WAY
PUNTA GORDA, FL 33950-5177505

Person to Contact:
JACQUELYN S PERRON
Employee Identification Number:
1000885003
Contact Telephone Number:
(239)938-7533
For Account of:
STEPHEN P & AMY D MOENNING

Our records show that you still owe the federal tax shown below, plus penalty and interest as provided by la
computed to 10 days from the date of this letter.

To ensure that you and your spouse receive this letter, we are sending a copy to each of you. Each
copy contains the same information related to your joint account. Any amount you owe should be p
only once.

You may pay in person or by mail. Please make your check or money order payable to the "United States
Treasury". Write your social security number or employer identification number on your payment. To pay b
mail, send your payment in the enclosed envelope with a copy of this letter. If you have recently paid this ta
cannot pay it, or have questions about your account, please contact me at the telephone number shown
above.

The unpaid amount from prior notices shown on the following page(s) may include tax, penalties and intere
you still owe us. It also includes any credits and payments we've received since we sent our last notice to y

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return
(regardless of extensions) until paid in full or to the date of this notice.

Interest is also charged on penalties assessed on your account. Interest compounds daily except on
underpaid estimated taxes for individuals or corporations.

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for eac
month or part of a month the tax was not paid.

Date of this letter: 03/31/2014
Taxpayer Identification Number: 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

**Paying Late - Internal Revenue Code Section 6651(a)(2)**
We charge a penalty when your tax is not paid on time. Initially, the penalty is ½% of the unpaid tax for each month or part of a month the tax was not paid.

If you have any questions about your account or would like a further detailed explanation of the penalty and interest charges on your account, please call me at the telephone number shown at the beginning of the letter.

Sincerely yours,

JACQUELYN S PERRON
REVENUE OFFICER

| Form Number | Tax Period | Unpaid Amount from Prior Notices | Additional Penalty | Additional Interest | AMOUNT YOU OW |
|---|---|---|---|---|---|
| 1040 | 12/31/2012 | $109,216.24 | $0.00 | $0.00 | $109,218 |
| | | | | Total: | $109,216 |

Sent from my iPhone

From: **Steve Moenning** smoenning@mac.com
Subject: **Fwd: E-Travel Document for WF8210U2**
Date: **March 9, 2014 at 10:53 PM**
To: **Amy Moenning** amymoenning@me.com
Bcc: **Steve Moenning** smoenning@mac.com



Steve Moenning

Begin forwarded message:

**From:** Universal Vacations <<u>edocuments@universalorlando.com</u>>
**Date:** March 9, 2014, 7:30:48 PM EDT
**To:** <u>smoenning@mac.com</u>
**Subject:** E-Travel Document for WF8210U2

Your personalized E-Travel Document brought to you by Universal Vacations



# E-Travel Document

Need Help? Call us:
800.407.4275

This document is your complete vacation itinerary which contains information to be used during travel. Please review the contents carefully. **For your convenience, please print and carry a copy of this document while on vacation.** Unless we are advised otherwise, you acknowledge and agree to our terms and conditions explained online or by your travel agent.

For assistance while in Orlando, please contact us at 407-224-6888 between the hours of 8:00 AM to 7:00 PM, EST daily.

## Reservation Number WF8210U2

**Travelers**
Amy Moenning
Sarah Seal (Age: 17)
Melanie Moenning (Age: 16)

Anne Moenning
Jordan Davis (Age: 17)

If your vacation package includes air travel, the spelling of names, including middle name or initial, must exactly match your government-issued photo ID.

## 🏨 HOTEL DETAILS

**Check-in Tuesday, March 11, 2014 - Check-out Thursday, March 13, 2014**
**Nickelodeon Suites Resort**
Reserved For: Amy Moenning - 2 Adults, 3 Children
Room Type: 2 BEDROOM LAGOON THEMED
SUITE KING/BUNKS

14500 Continental Gateway
Orlando, FL 32821
407-387-5437

**UNIVERSAL ORLANDO® TICKET CENTER:** *Be sure to stop by the Universal Orlando Ticket Center located in the lobby of your hotel for additional area theme park and dinner show tickets, sightseeing tours and much more! Staffed by Universal Orlando Employees, you can be sure to make the most of your visit with accurate, up-to-date information given direct from the source.*

Included Promotions:

1) 4TH NIGHT FREE!

   Stay 4 or more nights and receive the **4th night FREE***.

   ***BLACKOUT DATES: 4/11-4/20; 5/23-5/25; 7/3-7/5; 8/29-8/31/14. Valid only when purchasing a vacation package minimally including hotel and theme park tickets through Universal Parks & Resorts Vacations. A minimum of 4 nights must be within the valid travel dates. Valid on new bookings only. Reservations are on a space availability basis only. Offer not valid with any special rates (such as Florida Resident or AAA) or other promotional offers. Additional restrictions and blackout dates may apply.

2) BONUS BENEFIT HOTEL!

   Guests staying at this hotel receive the following **Bonus Benefits** - be sure to pick up your discount card at check-in:

   - **Discounts on merchandise*** at select Universal Orlando® theme park locations and Wet 'n Wild Orlando
   - **Discounts on food and non-alcoholic beverages** at select CityWalk® locations
   - **Golf Universal Orlando** benefits including tee times and complimentary transportation**

   *Discounts are not valid at The Wizarding World of Harry Potter TM. Excludes all Harry Potter merchandise available at Islands of Adventure Trading Company and Universal Studios Store, film, batteries, candy, tobacco, sundries and media. Not valid with any other offers, promotions or discounts. Bonus Benefits not valid after checkout date.

   **Complimentary transportation for groups of 20 or more is based upon availability and requires a 45-day advance booking.*

Hotel Sales Advisories:

1) RESORT FEE: A resort fee of $30 USD, plus tax, per night will be charged, which includes live entertainment in Studio Nick, poolside entertainment and water park, character meet & greet, in-room safe, business center, wireless internet, parking for One Vehicle (additional vehicles are extra) and unlimited local phone calls. This fee is not included in the package rate and will be charged regardless of service usage at check-in. *Rate subject to change without prior notice.

2) SMOKING POLICY: Nickelodeon Suites Resort is a smoke-free resort and applies to all areas with the exception of designated outdoor areas.

3) CHECK-IN: One person in the room must be 21 years of age or older and present a major credit card and photo I.D. upon check-in to cover phone and incidental charges.

4) SCHEDULED THEME PARK TRANSPORTATION: Provided based on regular park operating hours* (does not run continuously) to UNIVERSAL ORLANDO® theme parks, SEAWORLD ORLANDO®, WET 'N WILD® and AQUATICA via Super Star Shuttle. Space is limited and on a first come, first served basis. Boarding passes required from the Attraction Ticket Center located near the Nick Stuff store one day in advance and up to 30 minutes prior to departure. *Not valid for Special Events, Groups or Early Park Admission.

5) Please refer to the Hotel Policies section of the hotel profile for any applicable cancel penalties.

Hotel occupancy and state taxes are included in your vacation package price. Resort fees; parking fees; crib and rollaway fees and personal charges are

From: **Steve Moenning** smoenning@mac.com
Subject: **Re: Lexus**
Date: **February 26, 2014 at 11:16 AM**
To: Amy Moenning amydmoenning@gmail.com
Bcc: Steve Moenning smoenning@mac.com

I would do rob. Very nice job. Thank you

Steve Moenning


On Feb 26, 2014, at 10:33 AM, Amy Moenning <amydmoenning@gmail.com> wrote:

| Avenue Garage,<br>625-4424 | 4138 Electric Way | Port Charlotte, FL 33980 |

Talked with Lori Schelm this morning. Costa Vacopoulos is the owner & is married to Debbie, Paul Schelm's sister. Their son Kirk is mainly in charge now as Costa is semi-retired.

I called Avenue Garage & spoke with Rob, who seemed knowledgeable. Later, in our conversation, I learned that's because he's been there for 30 years. Also, when I gave him my name he asked if we have any relatives in the area. Dan takes his BMW there :)

He was able to schedule me to bring in my car on Fri. March 7, preferably early in morning, to look at car & make sure they're fixing the right things. That's why we're wanting a second opinion anyway.  Then, depending on how long it'd take to get the parts in, they can schedule the work. He wasn't convinced we needed a new flange. 70% of time you don't need a new flange. He did recommend, instead of just replacing the one seal, to replace the other seals since they all have 116,000 miles on them. The major cost for fixing the leak in differential, the seals, is labor. The differential has to be removed from the car & the work done on it, while it's on a bench. As long as the differential is out, it makes more sense to also replace the two seals, one on either side of the differential, in addition to the one Lexus listed (the pinion seal). He then would re-seal the differential cover & refill it with new differential fluid. He said the differential fluid should be changed every 100,000 miles. I honestly don't know what fluids have been changed.

Given what I told him as parts listed by Lexus & the part #'s he's roughly estimating $1,050 for the A/C. That's including 8 hours labor. It's probably the most expensive of A/C repairs because it's inside the dash. He didn't think it would require an expansion valve, which Lexus said it did. Again, they'd recheck the problem so they'd fix the right things.

Re. Leak in differential. The estimate for repair, including labor was $667. He doubted it would need a new flange; didn't include it in estimate. He added replacing all of the seals, re-sealing differential & refilling with new diff. fluid.

| Avenue.<br>Garage: | Lexus |
|---|---|
| A/C=$1,050 +tax. | $2053 +tax |
| Diff.=$. 667 +tax. | $. 783 +tax |

Lexus totals:
 A/C & Diff. = $2,836
         Tax.=    198.52
         S/S=.    35.00 (?what
                      is S/S)

is 3/3)

Total = $3,069.52

Avenue Garage
   A/C & Diff. = $1717
         Tax. =. ?
         S/S.=.  ?

Rob, at Avenue Garage, said that both Hertz & Enterprise will give their customers a discount. When we get work done, he'll call over to whichever rental car company we'd want & the rental co. would pick us up.

Avenue's Labor = $90/hour
Lexus           `=$120/hour
(I calculated backwards to get Lexus labor charge)

The job would probably take 2 days --- 8 hours for the A/C and  possibly 5 hours for differential.

Any thoughts?

Sent from my iPhone

From: **Steve Moenning** smoenning@mac.com
Subject: Re: Camp Cancellation
Date: February 20, 2014 at 7:51 AM
To: Amy Moenning amydmoenning@gmail.com
Bcc: Steve Moenning smoenning@mac.com



Call tell them we will send today

Steve Moenning


On Feb 19, 2014, at 9:57 PM, Amy Moenning <amydmoenning@gmail.com> wrote:

> Steve,
> Have we not paid for Melanie? Please pay Greystone ASAP!!!!
> Please explain to me & call Greystone, ASAP..... Yikes!!!!!! :(
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Jessi <jessi@campgreystone.com>
>> **Date:** February 19, 2014 at 9:36:20 PM EST
>> **To:** amydmoenning@gmail.com, smoenning@mac.com
>> **Subject: Camp Cancellation**
>>
>> Dear Parents,
>> Please see the attached letter for your reference.
>>
>> Thank you,
>> Jessi
>
> <Moenning.pdf>



From: **Steve Moenning** smoenning@mac.com  📎
Subject: **Fwd: Invoice from Chrisanna Harrington's Company**
Date: December 5, 2013 at 4:00 PM
To: Amy Moenning amydmoenning@gmail.com
Bcc: Steve Moenning smoenning@mac.com

Steve Moenning

Begin forwarded message:

From: "Nutegra Mental Health and Nutrition Inc." <<u>nutegra@yahoo.com</u>>
Date: December 1, 2013, 8:06:02 PM EST
To: <u>smoenning@mac.com</u>
Cc: <u>nutegra@yahoo.com</u>
Subject: **Invoice from Chrisanna Harrington's Company**
Reply-To: <u>nutegra@yahoo.com</u>

Dear Dr Steven Moenning MD,

Your invoice is attached. Please remit payment at your earliest convenience.
Thank you for your business - we appreciate it very much.

Sincerely,
Chrisanna Harrington's Company

———————————— Invoice Summary ————————————
Invoice No. : 1057
Invoice Date: 12/01/2013
Due Date: 12/16/2013
Terms: Net 15
Amount Due: $765.00

The complete version has been provided as an attachment to this email.
—————————————————————————————————————————

*Delivered by QuickBooks Online*

[PDF]
🅟

Invoice_1057_fro
m_Nut...Inc.pdf

From: **Steve Moenning** smoenning@mac.com
Subject: **Fwd: Emily moenning 1355634**
Date: October 1, 2013 at 10:55 AM
To: Amy Moenning amydmoenning@gmail.com
Bcc: Steve Moenning smoenning@mac.com



Steve Moenning

Begin forwarded message:

**From:** Student Accounts <studentaccts@risd.edu>
**Date:** October 1, 2013, 10:18:10 AM EDT
**To:** Steve Moenning <smoenning@mac.com>
**Subject: Re: Emily moenning 1355634**

Hello,

We received your payment from TMS, please disregard the bill. There is a balance of $275 on Emily's account for new student's orientation fee and a lab fee. The invoice went out this morning, you should receive it in the next week or so. Please be aware that we have not received money from Florida prepaid and we do not give refunds via wire transfer.

Let me know if you have anymore questions.

Thanks
Shola
On Mon, Sep 30, 2013 at 9:12 PM, Steve Moenning <smoenning@mac.com> wrote:
I have received  a bill from risd  requesting a payment of $21,707.60. This is in error based upon fact that the entire semester was  Paid in full to TMS on 8/28/13 conf nmbr 113979161.
Risd should also have recieve our florida pre paid amount for 5352.78 on or around 8/31/13. As i have already paid in full,  I would like that amount return to me. I will call tommorow to give you wiring instructions. Thank you for your assistance.

Steve Moenning
941-276-7741

From: **Steve Moenning** smoenning@mac.com 
Subject: Fwd: ANNE FALL 2013 TERM
Date: August 6, 2013 at 4:01 PM
To: Amy Moenning amydmoenning@gmail.com
Bcc: Steve Moenning smoenning@mac.com

Steve Moenning

Begin forwarded message:

**From:** Steve Moenning <stevem@harborsidesurery.com>
**Date:** August 6, 2013, 3:57:12 PM EDT
**To:** smoenning@mac.com
**Subject: ANNE FALL 2013 TERM**



**Moenning,Anne Elizabeth**

**ℹ️Privacy Policy ✉️Contact Us ❌Log Off**

**Message Board**
**Payment Profiles**
**Authorize Payers**
**User Preferences**
**Current Statement**
**Current Account Activity**
**Statement History**
**Make Payment**
**Transaction History**

## Payment Receipt

This is your receipt.
🖨️Print Please click the Print icon to generate a printer-friendly
version for your records.

*The payment has been submitted by Moenning,Anne Elizabeth. Thank you.*

Confirmation Number:  333659458

Payment Date:  Aug 6, 2013 at 3:55 PM, EDT

Effective Date:  Aug 6, 2013

Primary User Id:  2294192

Primary User Name:  Moenning,Anne Elizabeth

Account: Student Accounts

Payment Amount: $20,902.00

Holder's Name: Stephen Amy Moenning

Payment Method: CHECKING ******9120

Contact Info: (941)276-7741 (daytime phone)

(941)276-7741 (evening phone)

Your payment has been received by the University of Virginia, and your account has been credited. Please review Current Account Activity in QuikPay to see a record of this payment.





Copyright © 2001 - 2013, *Nelnet Business Solutions, Inc.* All rights reserved.
*QuikPAY* is a registered trademark of *Nelnet Business Solutions, Inc.*

From: **steve moenning** smoenning@mac.com  
Subject: Fwd: Proof of posting & delivery conf.
Date: March 1, 2013 at 12:38 PM
To: Matt Zasada mzasada@cricpa.com
Bcc: Steve Moenning smoenning@mac.com

Steve Moenning

Begin forwarded message:

**From:** Amy Moenning <amydmoenning@gmail.com>
**Date:** March 1, 2013, 12:33:13 PM EST
**To:** MOENNING STEPHEN <smoenning@mac.com>
**Subject: Proof of posting & delivery conf.**

Contents of mailing to IRS is check to U.S. Dept. of Treasury, taxes due by March 4, 2013.



photo.JPG
104 KB

Amy Moenning

From: **Amy Moenning** amydmoenning@gmail.com 
Subject: Proof of posting & delivery conf.
Date: March 1, 2013 at 12:33 PM
To: MOENNING STEPHEN smoenning@mac.com

Contents of mailing to IRS is check to U.S. Dept. of Treasury, taxes due by March 4, 2013.



Amy Moenning

*Tracking info for check sent to IRS!*

**Punta Gorda MPO**
**Punta Gorda, Florida**
**339509998**
**1189290480 -0096**
03/01/2013      (800)275-8777      12:29:43 PM

───────── Sales Receipt ─────────

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|

Product / Service Rate Inquiries
CINCINNATI OH 45999                           $5.60
Zone-5 Priority Mail
Flat Rate Env
 0.80 oz.
 Expected Delivery: Mon 03/04/13
Label #:
9505 5104 7981 3060 4493 67

                                        ========
Issue PVI:                               $5.60

ZIRCONIA NC 28790                        $0.46
Zone-5 First-Class
Letter
 0.40 oz.

                                        ========
Issue PVI:                               $0.46